### 37139. MASSEY *v.* CITY OF MACON.

FELTON, Chief Judge. The Supreme Court of Georgia having reversed the judgment of this court (*City of Macon* v. *Massey,* 214 *Ga.* 589, 106 S. E. 2d 23), the judgment of reversal rendered by this court is vacated and the judgment of the trial court dismissing the certiorari is affirmed.

*Judgment affirmed. Quillian and Nichols, JJ., concur.*

DECIDED NOVEMBER 26, 1958.

*Frank G. Wilson,* for plaintiff in error.
*Durward B. Mercer,* contra.